UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>  Kenneth B. Long,<br><br>           Debtor. | Case No.:    15-11550<br><br>Chapter:    7<br><br>Judge:    CMG |
| Whitesell Enterprises, LLC,<br><br>           Plaintiff,<br>v.<br><br>Kenneth B. Long,<br><br>           Defendant. | Adv. Pro. No.:    15-1870 |

## JUDGMENT EXCEPTING DEBT FROM DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: December 1, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Adv. Pro.:   Whitesell Enterprises. LLC v. Kenneth B. Long
Case No:    15-1870
Caption of Order:   Judgment Excepting Debt from Discharge

This matter having come before the court on the complaint of the Whitesell Enterprises, LLC seeking an order for judgment excepting this debt from discharge pursuant to 11 U.S.C. §523(a)(2) and (a)(6), and trial having been held on October 23 and 25, 2017 and; for the reasons set forth in the letter decision docketed in this matter (the "Decision"); it is hereby

**ORDERED** that the debt owed by defendant, Kenneth B. Long to Whitesell Enterprises, LLC, the amount of which debt shall be determined by the Superior Court of New Jersey, Law Division, Camden County, is excepted from discharge pursuant to 11 U.S.C. § 523(a)(2) and 11 U.S.C. § 523(a)(6); and

**IT IS FURTHER ORDERED** that the adversary proceeding is hereby terminated.